UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | No. 20-CR-236 (JEB) |
| MICHELLE LAYTON : | |
| Defendant. : | |

**GOVERNMENT RESPONSE TO DEFENSE REQUEST TO LATE FILE
MOTION TO SUPPRESS & NOTICE ON TRIAL WITNESSES**

The Government does not oppose the defendant's request to late file its motion to suppress statements (ECF No. 16).

The deadline for pretrial motions was Friday, September 24, 2021. The Government had no motions to file at that time. We intend to file a trial brief before the start of trial, which will flag any issues we expect may arise during trial; but we have no pretrial motions at this time.

The Government fully expects to be ready for trial on November 15, 2021. Because of the pandemic protocols currently in place for trials in this jurisdiction, we want to bring to the Court's attention that we intend to call approximately 12 witnesses at trial, the majority of which—more than ten—would need to travel to the District of Columbia by plane from outside the Washington Metropolitan Area. The Government intends to present as narrow a trial as possible and may cut the number of witnesses to as few as half that number—but the majority of those witnesses would still need to travel by plane to the District of Columbia.

To be clear, the Government is not requesting a continuance—even implicitly. We simply want the Court to have this information as it plans for trial within the space and other restrictions imposed by the pandemic.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
J.P. Cooney
D.C. Bar No. 494026
Assistant United States Attorneys
Public Corruption and Civil Rights Section

555 4th Street, N.W.,
Washington, D.C. 20530
(202) 695-0610 (Aloi)
(202) 252-7281 (Cooney)
Joseph.Cooney@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that this pleading was filed via the electronic case filing system (ECF) and thereby served on counsel for the defense.

_____
J.P. Cooney
Assistant United States Attorneys

2